United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13969-mdc
Vaneda Marie Fleurimond                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Jun 12, 2017
                              Form ID: pdf900             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
```
db          +Vaneda Marie Fleurimond,    6200 Oakley St.,    2nd Floor,    Philadelphia, PA 19111-5626
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13738411    +ACS/DEPT OF ED,    ACS,    PO BOX 7051,    UTICA, NY 13504-7051
13738412    +AES/KEYBANK,    POB 61047,    HARRISBURG, PA 17106-1047
13738413    +AES/KEYSTONE BEST,    AES/DDB,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13738414    +AES/PHEAAFRN,    PO BOX 61047,    HARRISBURG, PA 17106-1047
13738418    +AMERICAS SERVICING CO,    PO BOX 10328,    DES MOINES, IA 50306-0328
13738419    +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
13738420     ASC,    PO Box 10388,    Des Moines, IA 50306-0388
13738410    +Acs Inc,    ATTN: BANKRUPTCY,    PO BOX 56317,    PHILADELPHIA, PA 19130-6317
13738421     Ben Franklin Finance,    107 IN-135 #302,    Greenwood, IN 46142
13746199     Deutsche Bank National Trust Company, as Trustee,    C/O America’s Servicing Company, as serv,
              Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
13738426    +Fed Loan Servicing,    PO BOX 69184,    HARRISBURG, PA 17106-9184
13738429    +Montgomery County Comm. College,    340 Dekalb Pike,    Blue Bell, PA 19422-1400
13799399    +Northeastern Title Loans,    3440 Preston Ridge Rd, Ste 500,    Alpharetta, GA 30005-3823
13738430    +Office of UC Benefits,    UI Payment Services,    PO Box 67503,    Harrisburg, PA 17106-7503
13799846    +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
              651 Boas Street, 10th Floor,    Harrisburg, PA 17121-0751
13738434    +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13738435    +PHILADELPHIA FED CR UN,    12800 TOWNSEND RD,    PHILADELPHIA, PA 19154-1095
13738437    +PNC,    ATTENTION: BANKRUPTCY,    6750 MILLER RD.,    BRECKSVILLE, OH 44141-3262
13738433     Pennsylvania Department of Revenue,    P.O. Box 280846,    Bureau of Compliance,
              Harrisburg, PA 17128-0846
13738436    +Philadelphia Water Department,    1101 Market Street,    Philadelphia, PA 19107-2994
13810515    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
13787845     U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
              Harrisburg PA 17106-9184
13738438    +VERIZON,    500 TECHNOLOGY DR STE 30,    WELDON SPRING, MO 63304-2225
13815097    +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
13738441     Wells Fargo BankNa,    Po Box 3908,    Portland, OR 97208-3908
13738444     Wells Fargo Home Mortgage,    PO Box 11701,    Newark, NJ 07101-4701
13738443    +Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13738442    +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:43     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 01:19:22
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2017 01:19:34     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13738411    +E-mail/Text: bknotices@conduent.com Jun 13 2017 01:19:50     ACS/DEPT OF ED,    ACS,
              PO BOX 7051,    UTICA, NY 13504-7051
13738417    +E-mail/Text: broman@amhfcu.org Jun 13 2017 01:19:26     AMERICAN HERITAGE FCU,
              2060 RED LION RD,    PHILADELPHIA, PA 19115-1699
13759208     E-mail/Text: tbales@approvedcreditsolutions.com Jun 13 2017 01:19:12
              Approved Credit Solutions,    704 S. State Road 135,    Suite D318,    Greenwood, IN 46143
13738423     E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:43     City of Philadelphia,
              Law Dept. Tax Unit,    One Parkway Bldg.,    1515 Arch Street, 15th Floor,
              Philadelphia, PA 19102-1595
13738422     E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:43     City of Philadelphia,
              Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
              Philadelphia, PA 19102-1595
13824308    +E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:42
              CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
              1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13738424    +E-mail/Text: equiles@philapark.org Jun 13 2017 01:19:48
              City of Philadelphia Parking Violations,    PO Box 41819,    Philadelphia, PA 19101-1819
13820124    +E-mail/Text: bknotices@clacorp.com Jun 13 2017 01:19:46     Delaware Title Loans, Inc.,   C/O,
              Legal Department,    8601 Dunwoody Place, Ste 406,    Atlanta, GA 30350-2550
13738425    +E-mail/Text: bknotice@erccollections.com Jun 13 2017 01:19:25     ERC/Enhanced Recovery Corp,
              8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
13738427     E-mail/Text: cio.bncmail@irs.gov Jun 13 2017 01:19:12     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
13738428    +E-mail/Text: equiles@philapark.org Jun 13 2017 01:19:48     LDC Collection Systems,
              PO Box 41819,    Philadelphia, PA 19101-1819
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: Jun 12, 2017
                              Form ID: pdf900             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13738431        E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 13 2017 01:19:50
                PA Dept. of Labor & Industry,    Office of UC Benefits,    651 Boas Street,
                Harrisburg, PA 17121-0750
13738432       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 13 2017 01:19:13       PECO,
                2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13795817       +E-mail/Text: equiles@philapark.org Jun 13 2017 01:19:48      Philadelphia Parking Authority,
                701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13738440       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 13 2017 01:19:46      WEBBANK/FINGERHUT FRES,
                6250 RIDGEWOOD ROAD,    ST CLOUD, MN 56303-0820
13738439       +E-mail/Text: james.feighan@phila.gov Jun 13 2017 01:19:49      Water Revenue Bureau,
                1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13738415        AES/SOVEREIGN BANK
cr*            +Northeastern Title Loans, Inc.,    3440 Preston Ridge Road,    Suite 500,
                Alpharetta, GA 30005-3823
13738416     ##+Allied Collection Services,    8550 BALBOA BLVD,    SUITE 232,    NORTHRIDGE, CA 91325-5806
                                                                               TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for First Franlin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
               2006-FF11 ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for First Franlin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
               2006-FF11 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Vaneda Marie Fleurimond
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              KARINA  VELTER    on behalf of Creditor    Deutsche Bank National Trust Company amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company
               amps@manleydeas.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               First Franlin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
               2006-FF11 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VANEDA M. FLEURIMOND | : | |
| DEBTOR | : | BANKRUPTCY NO. 16-13969-MDC |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 USC § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 USC § 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtors(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payment in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: 6/8/17

HON. MAGDELINE D. COLEMAN
U.S. Bankruptcy Judge