## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VANEDA M. FLEURIMOND | : | |
| DEBTOR | : | BANKRUPTCY NO. 16-13969-MDC |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,000.00** and reimbursement for expenses in the amount of **$0.00** is allowed.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation and reimbursement set forth in paragraph 2 less $612.00 which was paid by the Debtor pre-petition**.

Dated: __July 19, 2017__

_____
**HONORABLE MAGDELINE D. COLEMAN**
United States Bankruptcy Judge

cc:   Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103

Frederick L Reigle, Esquire
2901 St. Lawrence Avenue
Post Office Box 4010
Reading, PA 19806

Vaneda Fleuriond
6200 Oakley St., 2nd Fl.
Philadelphia, PA  19111