United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13969-mdc
Vaneda Marie Fleurimond                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1           Date Rcvd: Jul 19, 2017
                       Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db             +Vaneda Marie Fleurimond,    6200 Oakley St.,   2nd Floor,   Philadelphia, PA 19111-5626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
       for First Franlin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
       2006-FF11 ecfmail@mwc-law.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
       for First Franlin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
       2006-FF11 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      CHRISTIAN A. DICICCO    on behalf of Debtor Vaneda Marie Fleurimond
       cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com
      KARINA   VELTER    on behalf of Creditor    Deutsche Bank National Trust Company amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company
       amps@manleydeas.com
      THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       First Franlin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
       2006-FF11 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                           TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VANEDA M. FLEURIMOND | : | |
| DEBTOR | : | BANKRUPTCY NO. 16-13969-MDC |

### ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,000.00** and reimbursement for expenses in the amount of **$0.00** is allowed.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation and reimbursement set forth in paragraph 2 less $612.00 which was paid by the Debtor pre-petition**.

Dated: July 19, 2017

_____
**HONORABLE MAGDELINE D. COLEMAN**
United States Bankruptcy Judge

cc:    Christian A. DiCicco, Esquire
       Law Offices of Christian A. DiCicco, LLC
       2008 Chestnut Street
       Philadelphia, PA 19103

Frederick L Reigle, Esquire
2901 St. Lawrence Avenue
Post Office Box 4010
Reading, PA 19806

Vaneda Fleuriond
6200 Oakley St., 2nd Fl.
Philadelphia, PA  19111