**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| VANEDA MARIE FLEURIMOND | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-13969 MDC |

**CHAPTER 13 STANDING TRUSTEE'S CERTIFICATE OF NO REPLY**

WILLIAM C. MILLER, ESQUIRE, Chapter 13 Standing Trustee, filed a Motion to Reopen this case for the limited purpose of recovering funds. A Notice of Motion was included with the Motion. No objection or reply to the Motion has been filed.

**WHEREFORE**, WILLIAM C. MILLER, ESQUIRE, Chapter 13 standing trustee, requests that the Order reopening the case be granted.

Respectfully submitted,

Date: May 25, 2018

/s/William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
P.O. Box 1229
Philadelphia, PA 19105
Telephone: (215)627-1377