THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                       :        CHAPTER 13

    **Vaneda Marie Fleurimond**          :
                                             :
                                             :
        Debtor                        :        BANKRUPTCY NO.  16-13969 MDC

## ORDER

    AND NOW, this ___30th___ day of ___May___, 2018 upon consideration of the Chapter 13 Standing Trustee's Motion to Reopen Case for Limited Purpose of Recovering Funds and it is

    **ORDERED**, that the case is re-opened, and the Chapter 13 Standing Trustee shall provide notice of this Order to all parties who received notice that the case had been dismissed.

BY THE COURT

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE

cc:
**Debtor**
**Vaneda Marie Fleurimond**
6200 Oakley St.
2nd Floor
Philadelphia, PA 19111

**Debtor's Counsel**
**Chistian A. Dicicco**
Law Offices of Christian A. DiCicco
2008 Chestnut Street
Philadelphia, PA 19103

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O., Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107